U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

APR 0 4 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **KIRKLAND MORRIS DALY** | **CIVIL ACTION 12-694** |
| **VERSUS** | **JUDGE HAIK** |
| **MICHAEL ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The decision of the Commissioner is AFFIRMED.

**THUS DONE** and **SIGNED** on this the 2nd day of April, 2013.

_____
JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT